COM.

v.

**AMY, W.**

**1814 MDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–14–CR–0000658–2015

(Centre)

Affirmed

COM.

v.

**CRAWFORD, S.**

**1221 WDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–26–SA–0000075–2016

(Fayette)

Affirmed

COM.

v.

**BROODY, J.**

**1921 MDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–66–CR–0000160–2013

CP–66–CR–0000192–2013

CP–66–CR–0000192–2014

(Wyoming)

Affirmed/Vacated/Remanded

COM.

v.

**MITCHELL, L.**

**1356 WDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–11–CR–0000708–2016

(Cambria)

Affirmed